## ROBERT-ARTHUR MANAGEMENT CORP. *v.* TENNESSEE ex rel. CANALE, DISTRICT ATTORNEY GENERAL.

No. 679. Decided January 15, 1968.

*Longstreet Heiskell* for appellant.

*George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Deputy Attorney General, for appellee.

PER CURIAM.

The judgment of the Supreme Court of Tennessee is reversed. *Redrup* v. *New York,* 386 U. S. 767.

THE CHIEF JUSTICE would affirm.

MR. JUSTICE HARLAN would affirm for the reasons set forth in his separate opinion in *Roth* v. *United States,* 354 U. S. 476, 496, 500–503, and in his dissenting opinion in *Memoirs* v. *Massachusetts,* 383 U. S. 413, 455.